ORIGINAL

FILED

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0125

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0125

BELGRADE SCHOOL DISTRICT NO. 1,

Petitioner,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, The Honorable John W. Larson, presiding,

Respondent.

FILED

APR 0 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

By petition filed March 11, 2022, Belgrade School District No. 1 (School District) petitions this Court for exercise of supervisory control in the underlying matter of *Western Montana Mental Health Center v. Belgrade School District*, Cause No. DV-20-682, Montana Fourth Judicial District Court, Missoula County, for extraordinary review of the District Court's December 2, 2020 denial of the School District's Motion to Dismiss and subsequent February 28, 2022 Amended Order regarding summary judgment. See February 28, 2022, Amended Order Regarding Plaintiff's Motion for Partial Summary Judgment; Plaintiff's Motion for Summary Judgment on Counterclaim; and Defendant's Motion for Summary Judgment; December 2, 2020 Order Denying Defendant's Motion to Dismiss. The School District asserts that the court erroneously failed to grant its motion to dismiss and similarly failed to address disputed issues of law on summary judgment, instead improperly reserving them for determination by a jury at trial. The School District asserts that the underlying plaintiff can prove no set of facts to support its claims of breach of contract or breach of implied covenant of good faith and fair dealing, and that there are no disputed material facts, arguing that the only contested matters are purely legal issues related to the interpretation of the underlying contract.

The School District asserts that exercise of supervisory control is warranted pursuant to M. R. App. P. 14(3)(a) and *Stokes v. Mont. Thirteenth Judicial Dist. Ct.*,

2011 MT 182, ¶¶ 6-8, 361 Mont. 279, 259 P.3d 754, on the asserted ground that the District Court is proceeding under manifest mistakes of law for which ordinary appeal is inadequate and which will result in gross injustice. On those same grounds, the School District filed a subsequent motion on March 15, 2022, asking this Court to stay further underlying proceedings, namely the jury trial currently set for April 29, 2022, pending resolution of this matter in this Court.

By order filed March 17, 2022, we ordered a summary response from the District Court and/or underlying plaintiff Western Montana Mental Health Center (WMMHC). By subsequent motion filed later that same day, the School District sought clarification of our order in regard to their associated request for a stay of proceedings below. We have not heretofore responded to the School District's stay motion because the response deadlines for the District Court and/or WMMHC responses, whether in regard to the stay motion or the petition itself, had yet to expire. The District Court and WMMHC have now timely filed separate responses in opposition.

Exercise of supervisory control pursuant to M. R. App. P. 14(3)(a) and *Stokes*, ¶¶ 6-8 is proper only in our discretion upon a showing that the lower court is proceeding under manifest mistake of law for which ordinary appeal is inadequate and which will thus result in gross injustice absent supervisory control. However, upon consideration of the School District's Petition, the separate Responses of the District Court and WMMHC, and their respective supporting documents, we find and conclude that the School District has failed to clearly demonstrate that the District Court is proceeding under a manifest mistake of law, not dependent on outstanding factual issues, and under circumstances rendering ordinary appeal inadequate.

IT IS ORDERED therefore that the School District's above-referenced Petition for exercise of supervisory control, and associated motion for stay of underlying proceedings, are hereby DENIED.

The Clerk of this Court is hereby directed to provide immediate notice of this Order to all counsel of record; the Montana Fourth Judicial District Court in the underlying matter

2

of *Western Montana Mental Health Center v. Belgrade School District*, Cause No. DV-20-682; and separately to the Honorable John W. Larson, presiding.

DATED this 5th day of April, 2022.

_____

_____

_____

_____

_____
Justices